Neama Rahmani, Esq. (State Bar No. 223819)
 *efilings@westcoasttriallawyers.com*
Ronald L. Zambrano, Esq. (State Bar No. 255613)
 *ron@westcoasttriallawyers.com*
Crystal F. Mohsin, Esq. (State Bar No. 333299)
 *crystal@westcoasttriallawyers.com*
WEST COAST EMPLOYMENT LAWYERS, APLC
350 South Grand Avenue, Suite 3325
Los Angeles, California 90071
Telephone: (213) 927-3700
Facsimile: (213) 927-3701

Attorneys for Plaintiff,
TOMMY CANTERBERRY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| TOMMY CANTERBERRY,<br><br>Plaintiffs,<br><br>v.<br><br>ACARA SOLUTIONS, INC., a New York business organization; SIEMENS MOBILITY, INC., a Delaware business organization; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:20-CV-02361-KJM-KJN<br><br>*Assigned for All Purposes to the Honorable Judge Kimberly J. Mueller*<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL AND ORDER** |
|---|---|

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that Sheena Tehrani of West Coast Employment Lawyers, APLC, 350 South Grand Avenue, Suite 3325, Los Angeles, California 90071, withdraws as counsel of records for Plaintiff with respect to the above-captioned matter.

NOTICE IS FURTHER GIVEN that Neama Rahmani, Ronald L. Zambrano, and Crystal F. Mohsin of West Coast Employment Lawyers, APLC, 350 South Grand Avenue, Suite 3325, Los Angeles, California 90071, shall continue as counsel of the Plaintiff with respect to the above-captioned matter.

Dated: May 27, 2021     WEST COAST EMPLOYMENT LAWYERS, APLC

By: _____/s/_____

Sheena Tehrani, Esq.
Attorney for Plaintiff,
TOMMY CANTERBERRY

Dated: May 27, 2021     WEST COAST EMPLOYMENT LAWYERS, APLC

By: _____/s/_____

Ronald L. Zambrano, Esq.
Attorney for Plaintiff,
TOMMY CANTERBERRY

**ORDER**

The above withdrawal of counsel is approved.

IT IS SO ORDERED

Dated: February 1, 2022

By: _____[signature]_____
CHIEF UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action. My business address is 350 South Grand Avenue, Suite 3325, Los Angeles, CA 90071.

On May 27, 2021, I served the foregoing document described as: **NOTICE OF WITHDRAWAL OF COUNSEL AND ORDER** on the interested parties in this action by placing a true copy or original thereof enclosed in a sealed envelope, addressed as follows:

| | |
|---|---|
| Greg Iskander, Esq. | Speros G. Mantas, Esq. |
| *GIskander@littler.com* | *speros.mantas@lewisbrisbois.com* |
| Littler Mendelson, PC | Lewis Brisbois Bisgaard & Smith LLP |
| Treat Towers, 1255 Treat Blvd, Suite 600 | 633 West 5th Street, Suite 4000 |
| Walnut Creek, California 94597 | Los Angeles, California 90071 |
| | |
| Attorneys for Defendant, | Attorneys for Defendant, |
| SIMENS MOBILITY, INC. | ACARA SOLUTIONS, INC. |

☐ **BY MAIL (CCP §1013(a) and CCP §2015.5):** I am readily familiar with the firm's practice of collection and processing documents for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE TRANSMISSION (CCP §1013(e)(f) and CCP §2015.5):** I caused such documents to be delivered via facsimile transmittal to the office of the addressee. The transmission(s) reported as complete and without error.

X **BY ELECTRONIC MAIL (CCP §1010.6; CCP §1013(g) and CCP §2015.5)**

☐ **BY OVERNIGHT DELIVERY (CCP §1013(c)(d) and CCP §2015.5):** I caused such documents to be delivered via express service carrier to the office of the addressee.

☐ **BY PERSONAL SERVICE (CCP §1011 and CCP §2015.5):** I caused such documents to be hand-delivered to the office of the addressee.

X State    ☐ Federal

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed May 27, 2021, at Los Angeles, California.

_____
Sarah Trask