UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tommy Canterberry , <br><br> Plaintiff, <br><br> v. <br><br> Acara Solutions, Inc., et al. <br><br> Defendants. | Case No.  2:20-cv-02361-KJM-KJN <br><br> **JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** that judgment is hereby ENTERED in accordance with the Court's Order field on 2/2/2022 in favor of defendant:

Acara Solutions, Inc.

February 02, 2022                                                              KEITH HOLLAND, CLERK

                                                                                                By: /s/  H. Huang, Deputy Clerk